**PERKINS COIE LLP**
Steven K. Hwang (Bar No. 216852)
SKHwang@perkinscoie.com
Aaron R. Goldstein (Bar No. 239423)
AGoldstein@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone:    +1.310.788.9900
Facsimile:    +1.310.788.3399

Attorneys for Defendant
Amazon.com Services LLC

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GRACE-CRISOLOGO,<br><br>                Plaintiff,<br><br>        v.<br><br>AMAZON.COM SERVICES LLC;<br>and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No.: _____<br><br>**NOTICE OF REMOVAL**<br><br>[Removed from Superior Court of the State of California, County of Sacramento, Case No. 24CV013183] |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant Amazon.com Services LLC ("Amazon") hereby removes this civil action from the Superior Court of California, County of Sacramento, Case No. 24CV013183, to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

### I.    INTRODUCTION

1.    The civil action being removed was initiated in the Superior Court of the State of California, County of Sacramento. A true and correct copy of the Complaint is attached hereto as **Exhibit A**. The matter was assigned Case No. 24CV013183.

2.    This lawsuit involves a personal injury claim stemming from an incident that allegedly occurred on July 14, 2022, while the Plaintiff was using a gardening stool. (Exh. A, Compl. ¶ 5.)

-1-

170062235.1

## II.    THIS CASE IS REMOVABLE UNDER DIVERSITY JURISDICTION

3.    This action is removable under 28 U.S.C. § 1441 because this Court would have had original jurisdiction under 28 U.S.C. § 1332(a) had Plaintiff filed this action initially in federal court. Plaintiff is not a citizen of the same state as any of the defendants, and the amount in controversy exceeds $75,000, exclusive of interests and costs. 28 U.S.C. § 1332(a).

**A.    Complete Diversity Exists Between the Parties**

4.    Plaintiff is a citizen of California. Exh. A, Compl. ¶ 1.

5.    Defendant Amazon.com Services LLC is a Delaware limited liability company. For the purposes of diversity jurisdiction, a limited liability company is a citizen of all states where each of its members is a citizen. *Americold Realty Trust v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 1016 (2016). The sole member of Amazon.com Services LLC is Amazon.com Sales, Inc., which is a Delaware corporation with its principal place of business in Washington. Amazon.com Services LLC is therefore a citizen of Delaware and Washington.

6.    The defendants identified as Does 1 through 100 in the Complaint are fictitious parties against whom no cause of action can be validly alleged.  To the best of Amazon's information and belief, no fictitiously designated defendant has been served with process, and these fictitious parties may be ignored for purposes of determining removal.  28 U.S.C. § 1441(b)(1) ("In determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded.").

7.    Because Plaintiff is a citizen of California, while defendant Amazon.com Services LLC is a citizen of Delaware and Washington, complete diversity of citizenship exists, and removal is proper.

**B.    The Amount in Controversy Exceeds $75,000**

8.    Under 28 U.S.C. 1446(c)(2)(B), removal is appropriate if the court finds by a preponderance of the evidence that the amount in controversy exceeds $75,000.

9.    Amazon requested a Statement of Damages from Plaintiff pursuant to Code of Civil Procedure § 425.11 on October 22, 2024. Plaintiff served Amazon with a Statement of Damages

-2-

NOTICE OF REMOVAL

170062235.1

on November 20, 2024. A true and correct copy of Plaintiff's Statement of Damages is attached hereto as **Exhibit B.** Plaintiff alleges over $500,000 in damages. This value includes $5,000 in estimated medical expenses, unspecified future medical expenses, and lastly, $500,000 in pain, suffering, and emotional distress. Thus, Amazon has satisfied its burden to establish that the amount in controversy exceeds $75,000.

10.     By the statements contained in this Notice of Removal, Amazon does not concede that Plaintiff is entitled to any damages.

### III.     THIS FILING IS TIMELY

11.     Amazon was formally served on August 29, 2024 with the Complaint. It is not clear from the face of Plaintiff's Complaint that the case was removable. Amazon is entitled to remove the State Court Action at any time up to thirty days after receipt of "other papers" from which it may be ascertained that the case is removable. 28 U.S. Code §§ 1446 (b)(3), (c)(3)(a). Amazon received Plaintiff's Statement of Damages on November 20, 2024. (*See* Exh. B) This Notice of Removal is being filed with the United States District Court for the Eastern District of California on November 21, 2024, within 30 days of service of Plaintiff's Statement of Damages. Thus, removal is timely.

### IV.     VENUE OF REMOVED ACTION

12.     The Eastern District of California is the United States district court for the district and division embracing the state court where this action was filed and is pending. Venue is proper in this Court under 28 U.S.C. § 1441(a).

### V.     NOTICE TO THE STATE COURT

13.     A copy of this Notice of Removal is being served on all served parties and filed with the Superior Court of the State of California, County of Sacramento, where this case was originally filed.

### VI.     PLEADINGS IN THE STATE COURT ACTION

14.     All process, pleadings, and orders served upon Amazon in this action and/or filed with the Sacramento County Superior Court are attached hereto as **Exhibit C**. A true and correct

NOTICE OF REMOVAL

170062235.1

copy of the Sacramento County Superior Court docket for this action is attached hereto as **Exhibit D.**

15.    Amazon expressly reserves all of it defenses. By removing the action to this Court. Amazon does not waive any rights or defenses available under federal or state law. Amazon expressly reserves the right to move for dismissal of the Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure. Nothing in this Notice of Removal should be taken as an admission that Plaintiff's allegations are sufficient to state a claim or have any substantive merit.

WHEREFORE, Amazon hereby removes the above-entitled case to the United States District Court for the Eastern District of California.

DATED:  November 21, 2024                    **PERKINS COIE LLP**

By: _____
Steven K. Hwang
Aaron R. Goldstein

Attorneys for Defendant
Amazon.com Services LLC

-4-

NOTICE OF REMOVAL

170062235.1

## PROOF OF SERVICE

I, Ernesto Monne, declare:

I am a citizen of the United States and employed in Los Angeles, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 1888 Century Park East, Suite 1700, Los Angeles, California 90067-1721.  On November 21, 2024, I served a copy of the within document(s):

### NOTICE OF REMOVAL

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☒    by transmitting via my electronic service address EMonne@perkinscoie.com  the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Blair H. Widders                                    *Attorney for Plaintiff*
WILCOXEN CALLAHAM, LLP                 *Lisa Grace-Crisologo*
2114 K Street
Sacramento, CA 95816
Telephone (916) 442-2777
Facsimile (916) 442-4118
Email: bwidders@wilcoxenlaw.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 21, 2024, at Los Angeles, California.

_____
Ernesto Monne

-5-

NOTICE OF REMOVAL

170062235.1

# Exhibit A

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** AMAZON.COM SERVICES LLC;
**(AVISO AL DEMANDADO):** and DOES 1 through 100, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:** LISA GRACE-CRISOLOGO
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

| FOR COURT USE ONLY |
| --- |
| *(SOLO PARA USO DE LA CORTE)* |
| **ELECTRONICALLY FILED**<br>Superior Court of California<br>County of Sacramento<br>07/02/2024<br>By: _____ H. Thomas _____ Deputy |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Sacramento
720 9th Street
Sacramento, California 95814

| CASE NUMBER: |
| --- |
| *(Número del Caso).* |
| 24CV013183 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Blair H. Widders
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

WILCOXEN CALLAHAM LLP
2114 K Street, SACRAMENTO, CA 95816                                        (916) 442-2777

| DATE:<br>*(Fecha)* 07/02/2024 | Clerk, by<br>*(Secretario)* /s/ H. Thomas | , Deputy<br>*(Adjunto)* |
| --- | --- | --- |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☒ on behalf of *(specify)*: Amazon.com Services LLC
   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)       ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☒ other *(specify)*: LLC
4. ☒ by personal delivery on *(date)*: 08/29/2024

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Blair H. Widders      SBN: 301741 <br> WILCOXEN CALLAHAM LLP <br> 2114 K Street, SACRAMENTO, CA 95816 <br> TELEPHONE NO.: (916) 442-2777    FAX NO.: (916) 442-4118 <br> EMAIL ADDRESS: <br> ATTORNEY FOR *(Name)*: Plaintiff, Lisa Grace-Crisologo | **ELECTRONICALLY FILED** <br> Superior Court of California <br> County of Sacramento <br> 07/02/2024 <br> By: _____ H. Thomas _____ Deputy |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO**
STREET ADDRESS: 720 9th Street
MAILING ADDRESS: 720 9th Street
CITY AND ZIP CODE: Sacramento, 95814
BRANCH NAME: Gordon D. Schaber Sacramento County Courthouse

CASE NAME: Lisa Grace-Crisology
v. Amazon.com Services LLC

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited   [ ] Limited <br> (Amount     (Amount <br> demanded    demanded is <br> exceeds $35,000)   $35,000 or less) | [ ] Counter   [ ] Joinder <br> Filed with first appearance by defendant <br> (Cal. Rules of Court, rule 3.402) | 24CV013183 <br> JUDGE: <br> DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[X] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify)*: 1
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: July 2, 2024

Blair H. Widders
_____ ▶ *Blair H. Widders* (signature)
(TYPE OR PRINT NAME)          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.      Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; <br> Cal. Standards of Judicial Administration, std. 3.10 |
|---|---|---|

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET
**CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice– Physicians & Surgeons
    Other Professional Health Care Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

CM-010 [Rev. January 1, 2024]　　　　　**CIVIL CASE COVER SHEET**　　　　　Page 2 of 2

Westlaw Doc & Form Builder™

**WILCOXEN CALLAHAM, LLP**
BLAIR H. WIDDERS, SBN 301741
2114 K Street
Sacramento, CA 95816
Telephone:   (916) 442-2777
Facsimile:   (916) 442-4118

Attorneys for Plaintiff
LISA GRACE-CRISOLOGO

ELECTRONICALLY FILED
Superior Court of California
County of Sacramento
07/02/2024
By: _____ H. Thomas _____ Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF SACRAMENTO

LISA GRACE-CRISOLOGO,

                Plaintiff,

    -vs-

AMAZON.COM SERVICES LLC;
and DOES 1 through 100, inclusive,

            Defendants.

_____/

Case No.  24CV013183

**COMPLAINT FOR DAMAGES**
**[Unlimited Jurisdiction]**

1)    Strict Liability-Design Defect

    **COMES NOW** Plaintiff, LISA GRACE-CRISOLOGO, and alleges against Defendants, and each of them, as follows:

### GENERAL ALLEGATIONS

    1.    Plaintiff is a citizen of California and a resident of the County of Sacramento, State of California

    2.    At all times relevant to this action, Defendant, AMAZON.COM SERVICES LLC, was a limited liability company licensed to do business in the State of California and engaged in the business of an online marketplace selling products including one Gardening Stool Bench that caused injury to Plaintiff in the County of Sacramento, State of California.

1

3. The true names and capacities of Defendants, and each of them, sued herein as DOES 1 through 100, inclusive, are presently unknown to Plaintiff who therefore sues said Defendants by such fictitious names, pursuant to Code of Civil Procedure §474. Plaintiff is informed and believes and thereon alleges that the fictitiously named Defendants, and each of them, are in some manner legally responsible to Plaintiff for the events and happenings herein referred to and proximately caused damages to Plaintiff as set forth herein. Plaintiff will seek leave of court to amend this complaint to insert the true names and capacities of said fictitiously named Defendants, and each of them, when the same have been ascertained.

4. Plaintiff is informed and believes and thereon alleges that each of the Defendants was the actual agent, and/or ostensible agent, and/or apparent agent, partner, joint venturer, co-conspirator, lessor, lessee, and/or employee of each of the remaining Defendants, and others named herein as DOE Defendants, and in doing the acts or things alleged herein were acting within the course and scope of such agency, employment and/or other relationship stated herein.

5. On or about July 14, 2022, Plaintiff, was gardening in her backyard. She was sitting on a Gardening Stool Bench that she had purchased from Defendant, AMAZON.COM SERVICES LLC, pulling weeds. The Gardening Stool Bench was composed of a padded bench portion with metal, rectangular legs on either end. The metal legs had nothing on them to increase grip with the ground. The metal legs were sitting on a flat stone path. As Plaintiff leaned over to pull weeds, the Gardening Stool Bench shot backwards because the metal legs slid out from under Plaintiff. Plaintiff collapsed onto her buttocks, sustaining injuries and damages.

**FIRST CAUSE OF ACTION**

*(Strict Liability - Design Defect)*

Plaintiff alleges against Defendants, AMAZON.COM SERVICES LLC, and DOES 1-100, and each of them, as follows:

6. Plaintiff incorporates by reference paragraphs 1 through 5, as though fully set forth herein.

2

7.    At all times relevant to this action, Defendants sold the Gardening Stool Bench via its online marketplace, thereby placing said product on the market in the stream of commerce in the ordinary course of business.

8.    Defendants had a participatory connection with the Gardening Stool Bench and with the business enterprise that created consumer demand for and reliance on the product. Defendants received a direct financial benefit from its activities and from the sale of the product, Defendants' role was integral to the business enterprise such that Defendants' conduct was a necessary factor in bringing the product to the initial consumer market, and Defendants had control over, or a substantial ability to influence, the manufacturing or distribution process.

9.    Defendants designed, manufactured, tested, inspected, installed, distributed, purchased and/or sold the Garden Stool Bench and/or the metal, rectangular legs on either end of the Garden Stool Bench such that it was defectively designed, in that the Garden Stool Bench and/or the metal, rectangular legs on either end of the Garden Stool Bench failed to perform as safely as an ordinary consumer would expect when used in an intended or reasonably foreseeable manner.

10.    Defendants knew and intended the Garden Stool Bench and/or the metal, rectangular legs on either end of the Garden Stool Bench would be used without inspection for defects and failed to inspect the Garden Stool Bench and/or the metal, rectangular legs on either end of the Garden Stool Bench such that the Garden Stool Bench and/or the metal, rectangular legs on either end of the Garden Stool Bench were defective when they left Defendants' possession.

11.    Defendants' defect or defects was the cause of and/or a substantial factor in causing Plaintiff's injuries as described herein.

12.    As a proximate and legal result of Defendants' Garden Stool Bench and/or the metal, rectangular legs on either end of the Garden Stool Bench, Plaintiff has been injured in her health, strength and activity, and has sustained grievous injury to her body and profound shock and injury to her person and nervous system. Said injuries resulted in permanent

3

disability to Plaintiff, all to her general damage in a sum as yet uncertain, in excess of the minimum jurisdiction of this Court. Plaintiff will seek leave of court to plead and prove the nature and extent of her general damages, according to proof at time of trial, together with interest and/or pre-judgment interest thereon at the legal lawful rate.

13. As a further proximate and legal result of Defendants' Garden Stool Bench and/or the metal, rectangular legs on either end of the Garden Stool Bench, Plaintiff has in the past and will in the future be required to employ medical providers and medical facilities to treat and care for her. The exact amount of such medical expenses is unknown, and Plaintiff will seek leave of court to plead and prove the exact amount of said expenses at the time of trial, together with interest and/or pre-judgment interest thereon at the legal lawful rate.

14. Plaintiff will further seek pre-judgment interest on all items of damages, including economic and non-economic damages. These will include, but are not limited to, past future medical expenses, any lost wages, and any and all incidental expenses and compensatory damages as permitted by law. See Code of Civ. Proc. §685.010(a) and Civil Code §3291.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. General damages in excess of the minimum jurisdiction of this court, according to proof at trial;

2. Medical expenses, according to proof;

4. Incidental expenses incurred as a result of the above incident;

5. For interest and/or prejudgment interest on all damages sought and/or incurred herein, at the legal, lawful rate;

6. For costs of suit incurred herein; and

///

///

///

4

7.    For such other and further relief as may be proper.

DATED: July 2, 2024                           **WILCOXEN CALLAHAM, LLP**

                                              By: _Blair H. Widders_
                                              BLAIR H. WIDDERS
                                              Attorneys for Plaintiff
                                              LISA GRACE-CRISOLOGO

5

| SUPERIOR COURT OF CALIFORNIA COUNTY OF SACRAMENTO | Court Use Only |
|---|---|
| COURTHOUSE ADDRESS: Gordon D. Schaber Superior Court 720 9th Street, Sacramento, CA 95814 | |
| PLAINTIFF/PETITIONER: Lisa Grace-Crisologo | |
| DEFENDANT/RESPONDENT: Amazon.com Services LLC | |

| NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE (UNLIMITED CIVIL CASE) | CASE NUMBER: 24CV013183 |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

## NOTICE OF CASE ASSIGNMENT

Pursuant to rule 3.734 of the California Rules of Court, this action is hereby assigned for limited purposes to the judicial officers indicated below:

| PURPOSE | ASSIGNED JUDGE | COURT LOCATION | DEPARTMENT |
|---|---|---|---|
| LAW & MOTION | Richard K. Sueyoshi | Hall of Justice | 53 |
| CASE MANAGEMENT PROGRAM | Thadd A. Blizzard | Gordon D. Schaber Superior Court | 43 |

Please refer to Chapter Two – Parts 3 and 4 of the Sacramento Superior Court Local Rules and the Court's website for additional filing instructions and hearing reservation information.

## NOTICE OF CASE MANAGEMENT CONFERENCE

**Hearing Date**

The above entitled action has been set for a case management conference at **8:30 AM** on **July 25, 2025** in **Department 43** in accordance with California Rules of Court 3.722. You must be familiar with the case and fully prepared to participate effectively in the case management conference.

**Case Management Statement**

All parties must file and serve a case management statement at least 15 calendar days before the case management conference. Parties are encouraged to file a single joint case management statement.

**Minimum Requirements**

Prior to the filing of the case management statement, the parties should have done the following:

- Served all parties named in the complaint within 60 days after the summons has been issued
- Ensured that all defendants and cross-defendants have answered, been dismissed, or had their defaults entered
- Met and conferred with all parties as required by CRC 3.724 to discuss and resolve issues set forth therein.

**NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE (UNLIMITED CIVIL CASE)**

| SHORT TITLE: GRACE-CRISOLOGO vs AMAZON.COM SERVICES LLC | CASE NUMBER: 24CV013183 |
|---|---|

**Tentative Ruling**

Following its review of the case management statement(s), the court may determine that a case management conference is not necessary. To determine whether an appearance is required, the parties must check the court's tentative rulings after 2:00 p.m. on the Court day before the Friday calendar by accessing the court's internet website at www.saccourt.ca.gov

**Remote Appearances**

Unless ordered to appear in person by the court, parties may appear remotely either telephonically or by video conference via the Zoom video/audio conference platform with notice to the court and all other parties in accordance with Code of Civil Procedure 367.75. If appearing remotely, parties are required to participate in their hearing using a device that has video and/or audio capability (i.e. computer, smartphone, or tablet). Although remote participation is not required, the court will presume all parties are appearing remotely for non-evidentiary civil hearings.

**Certification Filed in Lieu of Case Management Statement**

If parties in the action file a certification on a form provided by the court at least 15 calendar days prior to the date of the case management conference that the case is short cause (five hours or less of trial time), that the pleading stage is complete and that the case will be ready for trial within 60 days, the case will be exempted from any further case management requirements and will be set for trial within 60-120 days. The certification shall be filed in lieu of a case management statement.

**Case Management Orders**

At the case management conference, the court will consider whether the case should be ordered to judicial arbitration or referred to other forms of Alternative Dispute Resolution. Whether or not a case management conference is held, the court will issue a case management order shortly after the scheduled conference date.

**Service of Notice of Case Assignment and Case Management Conference**

Unless otherwise ordered by the court, plaintiff shall serve a copy of this notice on any party to the complaint appearing after the court issued this notice. The cross-complainant shall have the same obligation with respect to the cross-complaint.

**Compliance**

Failure to comply with this notice or to appear at the case management conference may result in the imposition of sanctions (including dismissal of the case, striking of the answer, or payment of money).

**Continuances**

Case management conference(s) will not be continued except on a showing of good cause. If your case management conference is continued on motion or by the court on its own motion all parties shall file and serve a new case management statement at least 15 calendar days before the continued case management conference.

Dated: 07/02/2024                    By:        /s/ H. Thomas

H. Thomas, Deputy Clerk

**NOTICE OF CASE ASSIGNMENT
AND CASE MANAGEMENT CONFERENCE
(UNLIMITED CIVIL CASE)**

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:            FAX NO. *(Optional):* | |
| E-MAIL ADDRESS *(Optional):* | |
| ATTORNEY FOR *(Name):* | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS:

MAILING ADDRESS:

CITY AND ZIP CODE:

BRANCH NAME:

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| **CASE MANAGEMENT STATEMENT** <br> *(Check one):* ☐ **UNLIMITED CASE** (Amount demanded exceeds $25,000) ☐ **LIMITED CASE** (Amount demanded is $25,000 or less) | CASE NUMBER: |
|---|---|

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date:                Time:                Dept.:              Div.:              Room:

Address of court *(if different from the address above):*

☐ Notice of Intent to Appear by Telephone, by *(name):*

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. ☐ This statement is submitted by party *(name):*
   b. ☐ This statement is submitted jointly by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date):*
   b. ☐ The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served *(specify names and explain why not):*
      (2) ☐ have been served but have not appeared and have not been dismissed *(specify names):*
      (3) ☐ have had a default entered against them *(specify names):*
   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served):*

4. **Description of case**
   a. Type of case in ☐ complaint ☐ cross-complaint *(Describe, including causes of action):*

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> CM-110 [Rev. July 1, 2011] | **CASE MANAGEMENT STATEMENT** | Legal Solutions Plus | Cal. Rules of Court, rules 3.720–3.730 |
|---|---|---|---|

CM-110

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

[ ] *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**

The party or parties request [ ] a jury trial [ ] a nonjury trial.    *(If more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
   a. [ ]  The trial has been set for *(date):*
   b. [ ]  No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

   c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7. **Estimated length of trial**

The party or parties estimate that the trial will take *(check one):*
   a. [ ]  days *(specify number):*
   b. [ ]  hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*

The party or parties will be represented at trial  [ ]  by the attorney or party listed in the caption  [ ]  by the following:
   a.  Attorney:
   b.  Firm:
   c.  Address:
   d.  Telephone number:                                      f.  Fax number:
   e.  E-mail address:                                        g.  Party represented:
   [ ]  Additional representation is described in Attachment 8.

9. **Preference**
   [ ]  This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**

   a.  **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.

   (1)  For parties represented by counsel: Counsel [ ]  has [ ]  has not   provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.

   (2)  For self-represented parties: Party [ ]  has [ ]  has not  reviewed the ADR information package identified in rule 3.221.

   b.  **Referral to judicial arbitration or civil action mediation (if available).**

   (1)  [ ]  This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.

   (2)  [ ]  Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

   (3)  [ ]  This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

CM-110

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date)*:<br>☐ Agreed to complete mediation by *(date)*:<br>☐ Mediation completed on *(date)*: |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date)*:<br>☐ Agreed to complete settlement conference by *(date)*:<br>☐ Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date)*:<br>☐ Agreed to complete neutral evaluation by *(date)*:<br>☐ Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date)*:<br>☐ Agreed to complete judicial arbitration by *(date)*:<br>☐ Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date)*:<br>☐ Agreed to complete private arbitration by *(date)*:<br>☐ Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date)*:<br>☐ Agreed to complete ADR session by *(date)*:<br>☐ ADR completed on *(date)*: |

CM-110 [Rev. July 1, 2011] | **CASE MANAGEMENT STATEMENT** |

**CM-110**

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

11. **Insurance**
   a. ☐ Insurance carrier, if any, for party filing this statement *(name):*
   b. Reservation of rights: ☐ Yes ☐ No
   c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

12. **Jurisdiction**
   Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
   ☐ Bankruptcy ☐ Other *(specify):*
   Status:

13. **Related cases, consolidation, and coordination**
   a. ☐ There are companion, underlying, or related cases.
      (1) Name of case:
      (2) Name of court:
      (3) Case number:
      (4) Status:
      ☐ Additional cases are described in Attachment 13a.
   b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

14. **Bifurcation**
   ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

15. **Other motions**
   ☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

16. **Discovery**
   a. ☐ The party or parties have completed all discovery.
   b. ☐ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

   | Party | Description | Date |
   |---|---|---|
   | | | |

   c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

**CM-110**

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

**17. Economic litigation**

    a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

    b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**18. Other issues**

    ☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**19. Meet and confer**

    a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

    b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

**20.** Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date:

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

    ☐ Additional signatures are attached.

# Exhibit B

CIV-050

*- DO NOT FILE WITH THE COURT-*
*-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -*

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:<br>Blair H. Widders<br>WILCOXEN CALLAHAM LLP<br>2114 K Street, SACRAMENTO, CA 95816<br>fax number: (916) 442-4118        email:<br>ATTORNEY FOR *(name)*: Plaintiff, Lisa Grace-Crisologo | TELEPHONE NO.:<br>(916) 442-2777<br>SBN: 301741 | FOR COURT USE ONLY |
|---|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SACRAMENTO
STREET ADDRESS: 720 9th Street
MAILING ADDRESS: 720 9th Street
CITY AND ZIP CODE: Sacramento, 95814
BRANCH NAME: Gordon D. Schaber Sacramento County Courthouse

PLAINTIFF: Lisa Grace-Crisologo
DEFENDANT: Amazon.com Services LLC, et al.

| **STATEMENT OF DAMAGES**<br>**(Personal Injury or Wrongful Death)** | CASE NUMBER:<br>24CV013183 |
|---|---|

To *(name of one defendant only)*: Amazon.com Services LLC
Plaintiff *(name of one plaintiff only)*: Lisa Grace-Crisologo
seeks damages in the above-entitled action, as follows:

1. **General damages**    AMOUNT
   a. ☑ Pain, suffering, and inconvenience ............................................... $ 250,000
   b. ☑ Emotional distress. ...................................................................... $ 250,000
   c. ☐ Loss of consortium ...................................................................... $ _____
   d. ☐ Loss of sociey and companionship *(wrongful death actions only)* .......... $ _____
   e. ☐ Other *(specify)* ..................................................................... $ _____
   f. ☐ Other *(specify)* ..................................................................... $ _____
   g. ☐ Continued on Attachment 1.g.

2. **Special damages**
   a. ☑ Medical expenses *(to date)* ...................................................... $ 5,000
   b. ☑ Future medical expenses *(present value)* .................................... $ unK.
   c. ☐ Loss of earnings *(to date)* ...................................................... $ _____
   d. ☐ Loss of future earning capacity *(present value)* .......................... $ _____
   e. ☐ Property damage ....................................................................... $ _____
   f. ☐ Funeral expenses *(wrongful death actions only)* .......................... $ _____
   g. ☐ Future contributions *(present value) (wrongful death actions only)* ..... $ _____
   h. ☐ Value of personal service, advice, or training *(wrongful death actions only)* ..... $ _____
   i. ☐ Other *(specify)* ..................................................................... $ _____
   j. ☐ Other *(specify)* ..................................................................... $ _____
   k. ☐ Continued on Attachment 2.k.

3. ☐ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*.. $ _____
   when pursuing a judgment in the suit filed against you.

Date: November 20, 2024

Blair H. Widders
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)    Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-050 [Rev. January 1, 2007]    **STATEMENT OF DAMAGES**<br>**(Personal Injury or Wrongful Death)**    Code of Civil Procedure, §§ 425.11, 425.115<br>*www.courtinfo.ca.gov*<br>Westlaw Doc & Form Builder™

CIV-050

| | |
|---|---|
| PLAINTIFF: Lisa Grace-Crisologo | CASE NUMBER: |
| DEFENDANT: Amazon.com Services LLC, et al. | 24CV013183 |

### PROOF OF SERVICE

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☒ Statement of Damages ☐ Other *(specify):*

   b. on *(name):* SEE ATTACHED
   c. by serving ☐ defendant ☐ other *(name and title or relationship to person served):*

   d. ☐ by delivery ☐ at home ☐ at business
      (1) date:
      (2) time:
      (3) address:

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. ☐ **Mail and acknowledgment service.** By mailing (by first- class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.
3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☒ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 20, 2024

▶ _____
              (SIGNATURE)

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

▶ _____
              (SIGNATURE)

| | | |
|---|---|---|
| CIV-050 [Rev. January 1, 2007] | **PROOF OF SERVICE**<br>**(Statement of Damages)** | Page 2 of 2<br>Code of Civil Procedure §§ 425.11, 425.115 |

WILCOXEN CALLAHAM LLP
2114 K Street, Sacramento, California 95816

**PROOF OF SERVICE** (CCP Section 1013(a))

<u>**Lisa Grace-Crisologo v. Amazon.com Services, LLC, et al.**</u>
**Sacramento County Superior Court Case NO. 24CV013183**

        I am a citizen of the United States, and employed in the County of Sacramento. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 2114 K Street, Sacramento, CA 95816. On the date set forth below, I served:

**STATEMENT OF DAMAGES**

on each party listed hereinbelow, via the following method:

\_\_\_\_ **Via U.S. Postal Service**: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses shown above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting a processing correspondence for mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully paid. I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sacramento, CA.

\_\_\_\_ **Via Overnight Mail Service**: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the addresses shown below, and placed for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

\_\_\_\_ **Via Facsimile Transmission**. Pursuant to agreement of the parties named hereinbelow, transmitting from facsimile machine number 916-442-4118 to the facsimile numbers listed hereinbelow, on the date indicated hereinbelow. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error. (CRC 2008.)

\_XXX\_\_\_**Via E-mail Transmission:** Based on court order or agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail address(es) show above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

\_\_\_ **Via Personal Delivery**. By having personally delivered by office messenger a true copy thereof enclosed in a sealed envelope, on the date indicated hereinbelow.

Steven K. Hwang                       Attorneys for Defendant,
Aaron R. Goldstein                  Amazon.com Services LLC
Perkins Coie, LLP
1888 Century Park Eas, Suite 1700
Los Angeles, CA 90067-1721
T: (310) 788-9900
F: (310) 788-3399
email: skhwang@perkinscoie.com
       Agoldstein@perkinscoie.com
       Emonne@perkinscoie.com

        I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 20, 2024, at Sacramento, California.

                                        Nina Luther Phillips

00365521                          PROOF OF SERVICE

# Exhibit C

**PERKINS COIE LLP**
Steven K. Hwang (Bar No. 216852)
SKHwang@perkinscoie.com
Aaron R. Goldstein (Bar No. 239423)
AGoldstein@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone:    +1.310.788.9900
Facsimile:    +1.310.788.3399

Attorneys for Defendant
Amazon.com Services LLC

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SACRAMENTO

| | |
|---|---|
| LISA GRACE-CRISOLOGO,<br><br>              Plaintiff,<br><br>       v.<br><br>AMAZON.COM SERVICES LLC;<br>15 and DOES 1 through 100, inclusive,<br><br>              Defendants. | Case No. 24CV013183<br><br>**DEFENDANT AMAZON.COM SERVICES LLC'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Dept:          53<br>Judge:        Hon. Richard K. Sueyoshi<br><br>Action Filed:  July 2, 2024 |

Defendant Amazon.com Services LLC ("Amazon") hereby answers Plaintiff's Complaint as follows:

**GENERAL DENIAL**

Under California Code of Civil Procedure section 431.30(d), Amazon denies generally each and every allegation of the Complaint, and the whole thereof, including each and every purported cause of action set forth therein, and specifically denies that Plaintiffs have sustained injury or damage and that Plaintiffs are entitled to any relief as a result of any act, conduct, or omission on the part of Amazon.

**SEPARATE AFFIRMATIVE DEFENSES**

Without admitting any of the allegations of the Complaint and without admitting or acknowledging that Amazon bears any burden of proof as to any of them, Amazon asserts the

-1-                                                    Case No. 24CV013183

following affirmative defenses. Amazon intends to rely upon any additional defenses that become available or apparent during pretrial proceedings and discovery in this action, and Amazon hereby reserves the right to amend this Answer to assert any such further defenses.

### FIRST AFFIRMATIVE DEFENSE

1.    The Complaint and each and every cause of action therein fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

2.    The Complaint and each purported cause of action therein are barred, in whole or in part, because Plaintiffs have failed to join all necessary and indispensable parties.

### THIRD AFFIRMATIVE DEFENSE

3.    Plaintiff's claims against Amazon are barred completely or must be reduced in proportion to the fault attributable to such other parties or third parties as are found liable.

### FOURTH AFFIRMATIVE DEFENSE

4.    Plaintiff's claims may be governed by the law of another jurisdiction, such as the State of Washington.

### FIFTH AFFIRMATIVE DEFENSE

5.    Any foreseeable and unreasonable risk of personal injury or death that is the subject of this litigation was a risk which Amazon did not create and/or could not reduce or eliminate.

### SIXTH AFFIRMATIVE DEFENSE

6.    Plaintiff's damages, if any, were proximately caused, in whole or in part, by the acts or omissions of others over whom Amazon had no control or right of control. Said acts or omissions were the superseding and/or sole, direct, and proximate cause of Plaintiff's damages, if any. Those other parties owe Amazon contribution and/or indemnification.

### SEVENTH AFFIRMATIVE DEFENSE

7.    Amazon places at issue the negligence, fault, and responsibility, if any, of all persons or entities who contributed in any degree to Plaintiff's alleged injuries, damages, and/or losses in proportion to each persons' or entities' negligence, fault, or responsibility. Amazon does not now

-2-                                                                    Case No. 24CV013183

DEFENDANT AMAZON.COM SERVICES LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

know the identity of non-parties that may have contributed to Plaintiff's alleged damages and Amazon reserves the right to identify such non-parties after they become known.

### EIGHTH AFFIRMATIVE DEFENSE

8.      All or some of Plaintiff's claims may be barred by the doctrines of laches, waiver, and estoppel.

### NINTH AFFIRMATIVE DEFENSE

9.      Plaintiff's claims may be barred in whole or in part by the applicable statute of limitations or repose.

### TENTH AFFIRMATIVE DEFENSE

10.      Plaintiff's Complaint and each purported claim for relief therein is barred by res judicata and/or collateral estoppel.

### ELEVENTH AFFIRMATIVE DEFENSE

11.      To the extent that Amazon is found liable for any part of Plaintiff's alleged damages, Plaintiffs were wholly or partially at fault and any award hereunder must be reduced under the doctrine of comparative fault or contributory negligence.

### TWELFTH AFFIRMATIVE DEFENSE

12.      Plaintiff's alleged loss, damage, injury, harm, expense, diminution, deprivation, and costs may have been caused in whole or in part by Plaintiff's or another party's failure to exercise reasonable care and to mitigate damages of Plaintiffs and/or another party.

### THIRTEENTH AFFIRMATIVE DEFENSE

13.      Plaintiffs may have received reimbursement or compensation from alternate sources and recovery must be reduced accordingly.

### FOURTEENTH AFFIRMATIVE DEFENSE

14.      No act or omission on the part of Amazon either caused or contributed to whatever injury or damage Plaintiffs may have sustained.

### FIFTEENTH AFFIRMATIVE DEFENSE

15.      Based on the state of scientific, medical, and technological knowledge existing at the time Plaintiffs allegedly used the product at issue in this action, the product was reasonably safe

for its normal and foreseeable use at all relevant times. Moreover, the product complied with all applicable industry standards and reflected the current state of the art at the time it was manufactured, sold, and distributed.

## SIXTEENTH AFFIRMATIVE DEFENSE

16.    Amazon did not owe Plaintiffs any duty in law regarding the product at issue, including that Amazon did not owe Plaintiffs any duty to warn.

## SEVENTEENTH AFFIRMATIVE DEFENSE

17.    The benefits of the design and composition of the product outweigh the risks, if any, associated with it.

## EIGHTEENTH AFFIRMATIVE DEFENSE

18.    The injury, damage, or loss, if any, sustained by Plaintiffs was caused and/or contributed to by the actions or inactions of persons or entities other than Amazon, over whom Amazon exercised no control including, but not limited to, Plaintiffs and/or another party. Entities and/or person(s) other than Amazon, including the unnamed co-defendants, may have misused, abused, altered, and/or improperly maintained, and/or used the product in a manner other than it was intended to be used, and disregarded the warnings, instructions, and directions for the product's use.

## NINETEENTH AFFIRMATIVE DEFENSE

19.    The Complaint, and each purported cause of action therein, is barred, in whole or in part, by Plaintiff's voluntary and knowing assumption, either express or implied, of an unreasonable risk of injury and/or damage.

## TWENTIETH AFFIRMATIVE DEFENSE

20.    All or part of the injuries, damages, and/or losses Plaintiffs sustained, if any, may have been a direct and proximate result of a pre-existing condition that Plaintiffs incurred prior to the events alleged in the Complaint.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

21.    The damages Plaintiffs claim were caused or enhanced by superseding or intervening events that occurred after the events described in the Complaint.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

22.    Any verdict or judgment rendered against Amazon must be reduced by those amounts that have, or will, reimburse, compensate, or indemnify Plaintiffs, in whole or in part, for any past or future claims of economic loss, that come from any collateral source such as insurance, social security, or other benefits programs.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

23.    If the product at issue was defective, dangerous, misbranded, and/or mislabeled, Amazon did not know and had no reason to know that that was the case.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

24.    Amazon breached no duty it may have owed to Plaintiffs.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

25.    Plaintiff's claims are barred, in whole or in part, because Plaintiffs would be unjustly enriched if Plaintiffs are allowed to recover any part of the damages alleged.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

26.    Plaintiffs may lack capacity or standing to bring this action.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

27.    Plaintiff's claims are barred, in whole or in part, because the dangers, or potentiality of dangers, existing at the time of Plaintiff's alleged injuries were open and obvious and/or generally known and recognized, including by Plaintiffs.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

28.    Plaintiffs and/or their agent(s) may have failed to preserve and/or permitted and/or intentionally caused the spoliation of material evidence, including but not limited to the product which Plaintiffs allege gives rise to each and every cause of action in Plaintiff's Complaint. Such conduct would bar Plaintiff's action and/or give rise to liability for damages payable to Amazon.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

29.    The product at issue in this lawsuit may have contained specific warnings regarding the consequences of its use or instructions regarding the proper administration of its use. Plaintiffs

and/or other persons or entities may have used the product in disregard of these warnings and/or instructions.

### THIRTIETH AFFIRMATIVE DEFENSE

30.    The product at issue suffered no manufacturing or design defect and was accompanied by adequate warnings.

### THIRTY-FIRST AFFIRMATIVE DEFENSE

31.    Amazon owed no warranties implied under the law.

### THIRTY-SECOND AFFIRMATIVE DEFENSE

32.    Amazon made no express or implied representations or warranties of any kind to Plaintiffs and disclaimed all warranties in its *Conditions of Use*. To the extent that the alleged representations or warranties were made, they were made by persons or entities other than Amazon.

### THIRTY-THIRD AFFIRMATIVE DEFENSE

33.    Plaintiffs did not rely upon any representations or warranties made by Amazon.  To the extent Plaintiffs relied upon any alleged representations or warranties, such reliance was unjustified and unreasonable.

### THIRTY-FOURTH AFFIRMATIVE DEFENSE

34.    Plaintiff's claims against Amazon fail because Amazon did not market sell, retail, facilitate, test, inspect, promote, assemble, produce, manufacture, design, fabricate, or distribute the product, nor did it place the product into the stream of commerce.

### THIRTY-FIFTH AFFIRMATIVE DEFENSE

35.    Amazon is an improper party to this lawsuit because it had no involvement in the occurrence that gave rise to the Complaint and should be dismissed with prejudice.

### THIRTY-SIXTH AFFIRMATIVE DEFENSE

36.    Plaintiff's claims may be preempted and barred by the Communications Decency Act, 47 U.S.C. § 230.

### THIRTY-SEVENTH AFFIRMATIVE DEFENSE

37.    Amazon reserves the right, upon completion of its investigation and discovery, to amend its answer with additional affirmative defenses as may be appropriate.

**PRAYER FOR RELIEF**

WHEREFORE, having fully answered Plaintiff's Complaint herein, Amazon requests the following relief:

1. That Plaintiffs takes nothing by reason of the Complaint;

2. Dismissal of Plaintiff's claims with prejudice;

3. That Judgment be entered in favor of Amazon;

3. Amazon's costs of suit, including reasonable attorneys' fees; and

4. For such other relief as the Court deems just and proper.

DATED:  September 26, 2024        **PERKINS COIE LLP**

By: _____
      Steven K. Hwang
      Aaron R. Goldstein

Attorneys for Defendant
Amazon.com Services LLC

## PROOF OF SERVICE

I, Ernesto Monne, declare:

I am a citizen of the United States and employed in Los Angeles, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 1888 Century Park East, Suite 1700, Los Angeles, California 90067-1721.  On September 26, 2024, I served a copy of the within document(s):

**DEFENDANT AMAZON.COM SERVICES LLC'S ANSWER TO PLAINTIFF'S COMPLAINT**

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☒    by transmitting via my electronic service address EMonne@perkinscoie.com  the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Blair H. Widders | *Attorney for Plaintiff* |
| WILCOXEN CALLAHAM, LLP | *Lisa Grace-Crisologo* |
| 2114 K Street | |
| Sacramento, CA 95816 | |
| Telephone (916) 442-2777 | |
| Facsimile (916) 442-4118 | |
| Email: bwidders@wilcoxenlaw.com | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 26, 2024, at Los Angeles, California.

_____
Ernesto Monne

DEFENDANT AMAZON.COM SERVICES LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

# Exhibit D

**Sacramento Superior Court**
Journal Technologies

**24CV013183** GRACE-CRISOLOGO vs AMAZON.COM SERVICES LLC
**Unlimited Civil** (Product Liability (not asbest...)    Hall of Justice / DEPT 53 - HON. Richard K. Sueyoshi

Filed: 07/02/2024                    Next Hearing: 07/25/2025 Case Management Conference    | Back |

## Case Summary

Documents    **Register of Actions**    Case Participants    Hearings

| Date | Message | Category |
|------|---------|----------|
| 10/07/2024 | Proof of Personal Service<br>Filed by: Lisa Grace-Crisologo (Plaintiff)<br>As to: Amazon.com Services LLC (Defendant)<br>Service Date: 08/29/2024 | Document |
| 09/26/2024 | Answer<br>Filed by: Amazon.com Services LLC (Defendant)<br>As to: Lisa Grace-Crisologo (Plaintiff) | Document |
| 07/02/2024 | Case assigned to Hon. Richard K. Sueyoshi in Department 53 Hall of Justice | Assignment |
| 07/02/2024 | Complaint<br>Filed by: Lisa Grace-Crisologo (Plaintiff)<br>As to: Amazon.com Services LLC (Defendant) | Document |
| 07/02/2024 | Civil Case Cover Sheet<br>Filed by: Lisa Grace-Crisologo (Plaintiff)<br>As to: Amazon.com Services LLC (Defendant) | Document |
| 07/02/2024 | Summons on Complaint<br>Issued and Filed by: Lisa Grace-Crisologo (Plaintiff)<br>As to: Amazon.com Services LLC (Defendant) | Document |
| 07/02/2024 | Notice of Case Assignment and Case Management Conference<br>Filed by: Clerk | Document |
| 07/02/2024 | Case Management Conference scheduled for 07/25/2025 at 08:30 AM in Gordon D. Schaber Superior Court at Department 43 | Event |

Copyright © Journal Technologies, USA. All rights reserved.